UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN TRIBBLE,

                           Plaintiff,

      -against-

CITY OF NEW YORK, DEPARTMENT OF
CORRECTION COMMISSIONER MARTIN F.
HORN, CORRECTION OFFICER BULLOCK,
BADGE #1632, CAPTAIN PEREZ CAPTAIN
STERLING, OFFICERS JOHN DOE #1-8,

                         Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV-8664 (JGK)(DCF)

      **PLEASE TAKE NOTICE** that we are the attorneys for defendant City of New York in this action, and demand that all notices and other papers be served upon said defendant at this office.

      **PLEASE ALSO TAKE NOTICE** that **Jennifer Rubin** should be removed from the docket as counsel of record and **Gabriel Harvis** should be added to the docket as counsel of record.

Dated: New York, New York
       January 4, 2008

                                                         MICHAEL A. CARDOZO
                                                         Corporation Counsel of the
                                                           City of New York
                                                        *Attorney for Defendant*
                                                         100 Church Street, 3-188
                                                        New York, New York 10007
                                                       (212) 788-1816

                                     By:    /s/
                                                       GABRIEL HARVIS (GH 2772)
                                                       Assistant Corporation Counsel

TO:    Andrew Stoll, Esq. (By ECF)
         71 Nevins Street
         Brooklyn, New York 11217

Index No. 07-CV-8664 (JGK)(DCF)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JOHN TRIBBLE,<br><br>           Plaintiff,<br><br>      -against-<br><br>CITY OF NEW YORK, DEPARTMENT OF CORRECTION COMMISSIONER MARTIN F. HORN, CORRECTION OFFICER BULLOCK, BADGE #1632, CAPTAIN PEREZ CAPTAIN STERLING, OFFICERS JOHN DOE #1-8,<br><br>           Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendant<br>100 Church Street Rm 3-188<br>New York, N.Y. 10007<br><br>*Of Counsel: Gabriel Harvis*<br>*Tel: (212) 788-1816*<br>*NYCLIS No. 2007036539* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ........................, 2008 . . .*<br><br>*............................................................ Esq.*<br><br>*Attorney for ................................................* |