# STOLL, GLICKMAN & BELLINA™ ATTORNEYS AT LAW

71 Nevins Street
Brooklyn, NY 11217

P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Hon. John Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007-1312
by fax: 212-805-7912

June 13, 2008

JUN 13 2008

Re: John Tribble v. City of New York et al.
    07-CIV-8664

Your Honor,

This is a request to amend the complaint to add defendants in the above referenced case. Although the original deadline was April 28, 2008, I only received one of the defendants' names today. Additionally, I had been waiting for discovery of the investigation into the incident in question (the case involves injuries my client received from correction officers on Rikers Island), so that I could more fully identify proper parties.

I have spoken with counsel for the current defendants, who consents to my request. This is the first such request in this case.

The parties I seek to add are Correction Officer John Aviles, Shield #4812, Correction Officer Avery Jennings, Shield #17464, and Captain Willie Perry, Shield #480.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

*Application granted.*

*So ordered.*

*John Koeltl*
*U.S.D.J.*

6/13/08

cc: ACC Gabriel Harvis
    by fax: 212-788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08