


7-28-08



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GABRIEL P. HARVIS**
Assistant Corporation Counsel
Phone: (212) 788-1816
Fax: (212) 788-9776
gharvis@law.nyc.gov

July 25, 2008

**BY FAX**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
7/25/08

Re: John Tribble v. City of New York, et al.
    07 CV 8664 (JGK) (DCF)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to this matter. Pursuant to Your Honor's Order dated July 23, 2008, the parties submit the following revised scheduling Order for Your Honor's review and endorsement:

- Discovery completed by October 8, 2008;
- Dispositive Motions by November 25, 2008;
- Pretrial Order/Motions *In Limine* by December 9, 2008; and
- Ready for Trial on 48 Hours' Notice by December 23, 2008.

Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis (GH2772)
Assistant Corporation Counsel

cc:    Andrew Stoll, Esq.