AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

JOHN TRIBBLE

V.

THE CITY OF NEW YORK, DEPARTMENT OF CORRECTION COMMISSIONER MARTIN F. HORN, CORRECTION OFFICER JOHN AVILES, SHIELD #4812, CORRECTION OFFICER AVERY JENNINGS, SHIELD #17464, CAPTAIN WILLIE

*Amended*
SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-CV-8664 (JGK)

TO: (Name and address of defendant)

Correction Officer Avery Jennings
Shield #17464
60 Hudson Street
New York, NY 10013

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew Stoll, Esq.
Stoll, Glickman & Bellina, L.L.P.
71 Nevins Street
Brooklyn, NY 11217

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

DATE: JUL 0 1 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8-25-08 |
| NAME OF SERVER (PRINT) Ted Braunstein | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by hand at Agent Authorized to accept Service to Corrections officer Shade Meekins #14005 at 60 Hudson St office of Dept of Corrections. officer Desc: Blk hr, br eyes 5'4" 160 ish early to mid 30's

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/25/08
              Date

Signature of Server: Ted Braunstein

Address of Server: 510 Atlantic Ave. Brooklyn, NY 11217

Notary Public

NICOLE BELLINA
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BE6144661
Qualified in Kings County
My Commission Expires May 01, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.